**Order entered August 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00890-CV

## IN RE JOEL KELLEY INTEREST, INC., Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05835**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Before the Court is relator's petition for writ of mandamus. Real party in interest has filed its response to the petition on August 22, 2019. We request that respondent file her response, if any, by **SEPTEMBER 11, 2019**.

/s/     DAVID L. BRIDGES
PRESIDING JUSTICE